## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | **Bankruptcy Case No. 20-02776-hb** |
| | ) | |
| **J. Ollis Farms, LLC,** | ) | **Chapter 12** |
| | ) | |
| **Debtor.** | ) | **FINAL DECREE** |
| | ) | |

The estate of the above-named Debtor having been fully administered, the payment required by the plan having been distributed, and the Trustee's final report and accounting having been filed, with notice thereof to all parties in interest, it is ordered that:

1. J. Kershaw Spong is hereby discharged as Chapter 12 Trustee of the estate of the above-named Debtor, that he be discharged and relieved of his trust and that the surety or sureties on his bond be released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtors with respect to any of the following:

   a. Debts dischargeable under 11 U.S.C. Sec. 1228; and

   b. Debts determined by this court to be discharged under 11 U.S.C. Sec. 523(c).

3. The claim of LOL Finance Co. is nondischargeable as discharge pursuant to 11 U.S.C. § 1228 was waived by the Debtor in the confirmed Chapter 12 Plan filed April 4, 2023.

4. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void are enjoined from instituting or continuing any action or employing any process to collect such debts as personal liabilities of the above-named Debtor.

5.      The Chapter 12 reorganization case of the above-named Debtor is closed.

AND IT IS SO ORDERED.